IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CR-457-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | **ORDER TO SEAL SENTENCING** |
| | ) | **MEMORANDUM** |
| | ) | |
| | ) | |
| | ) | **(UNDER SEAL)** |
| ERNEST JABRI BULLOCK, | ) | |
| | ) | |

For good cause shown, the Defendant's *Motion to Seal Sentencing Memorandum* is allowed and the Clerk is directed to seal this *order*, and *Motion to Seal the Sentencing Memorandum* except that the clerk is authorized to provide copies of the Court' ruling on said *motion* to counsel for the Defendant and Government.

SO ORDERED, this the 17 day of June, 2021

JAMES C. DEVER III
United States District Judge